UNITED STATES DISTRICT COURT
FOR THE SOUTHEN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | |
|---|---|
| **WALTER JOEL FERNANDEZ-FLORES; JORGE ENRIQUE GONZALEZ MENDOZA; CELSO MARTINEZ-MARTINEZ; VICENTE RAMOS; QUILMER VEGA RODRIGUEZ; RAFAEL ANGEL VALERA ROSALES; EMMANUEL ALEMON-AVALOS; EDLIANA MCKENZIE-SOTO,** <br><br> Petitioners, <br><br> v. <br><br> **CARL ALDRIDGE**, Superintendent, Western Regional Jail; **MICHAEL T. ROSE**, Acting Field Office Director, Philadelphia Field Office, United States Immigration and Customs Enforcement; **TODD M. LYONS**, Acting Director, United States Immigration and Customs Enforcement; **KRISTI NOEM**, Secretary of Homeland Security; **PAMELA JO BONDI**, United States Attorney General, *in their official capacities*, <br><br> Respondents. | Civ. Act. No.: 3:26-cv-00082 <br><br> **ORDER TO SHOW CAUSE** |

**ORDER TO SHOW CAUSE AND TEMPORARILY ENJOINING TRANSFER OF PETITIONERS PENDING DISPOSITION OF PETITION**

Upon consideration of Petitioners' Verified Petition for a Writ of Habeas Corpus (Dkt. No. 1), IT IS HEREBY ORDERED that:

1. Respondents shall file a return on the Order to Show Cause why the Petition for Writ of Habeas Corpus should not be granted by Monday, February 9, by 5:00 p.m.

2. Petitioner shall have an opportunity to file a reply by Wednesday, February 11, by 12:00 p.m.

1

3.   This matter shall be heard by this Court on Thursday, February 12, at 1:30 p.m.

4.   Respondents shall not remove or facilitate the removal of Petitioners from the Southern District of West Virginia pending further order of the Court. To the extent Petitioners have already been removed from this jurisdiction but have not already been booked into another detention facility, Petitioners shall be returned to the Southern District of West Virginia FORTHWITH. To the extent Petitioners have already been removed from this jurisdiction and booked into another detention facility, Petitioners shall not be transferred again or removed pending further order of the Court, and Respondents shall IMMEDIATELY afford Petitioners a reasonable opportunity to promptly consult with counsel and take all necessary steps to facilitate such communication.

5.   Service of this Order shall be made by Petitioner on the United States Attorney for the Southern District of West Virginia by 12:00 P.M. on Thursday, February 5, and shall constitute good and sufficient service on the federal defendants.

6.   Service of this Order shall be made by Petitioner on Carl Aldridge, Superintendent, Western Regional Jail, or an agent of Superintendent Aldridge at the Western Regional Jail, by 12:00 P.M. on Thursday, February 5, and shall constitute good and sufficient service on Superintendent Aldridge.

Entered: February 5, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE

                                              **Respectfully prepared and submitted by, PETITIONERS, By counsel,**

| | |
|---|---|
| Jonathan Sidney | /s/ *Lesley M. Nash* |
| *Pro Hac Vice* Pending | Lesley M. Nash (WVSB #14158) |
| Colorado Bar No. 52463 | Sarah K. Brown (WVSB #10845) |
| Ohio Bar No. 0100561 | Mountain State Justice, Inc. |
| P.O. Box 97 | 1029 University Ave., Ste. 101 |
| Forest Hill, WV | Morgantown, WV 26505 |
| Phone: (681) 335-0074 | Phone: (304) 326-0188 |
| jsidney@climatedefenseproject.org | lesley@msjlaw.org |
| | sarah@msjlaw.org |