IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

WALTER JOEL FERNANDEZ-FLORES;
JORGE ENRIQUE GONZALEZ MENDOZA;
CELSO MARTINEZ-MARTINEZ;
VICENTE RAMOS;
QUILMER VEGA RODRIGUEZ;
RAFAEL ANGEL VALERA ROSALES;
EMMANUEL ALEMON-AVALOS;
EDLIANA MCKENZIE-SOTO,

                Petitioners,

v.                              CIVIL ACTION NO. 3:26-0082

CARL ALDRIDGE,
Superintendent, Western Regional Jail;
MICHAEL T. ROSE,
Acting Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
TODD M. LYONS,
Acting Director,
United States Immigration and Customs Enforcement;
KRISTI NOEM,
Secretary of Homeland Security;
PAMELA JO BONDI,
United States Attorney General,
in their official capacities,

                Respondents.

**ORDER**

Pending is Respondents' Motion to Sever Petitioners into Separate Matters and Motion to Amend Show Cause Order (ECF No. 13) to Extend Deadline to File Responses from February 9th to February 10th. The Court **GRANTS** the motion to extend deadline **in part**. Respondents' response shall be filed by **5:00 p.m.** on **Tuesday, February 10th** and Petitioners' reply shall be

-2-

filed by **5:00 p.m.** on **Wednesday, February 11th.** The Court holds in abeyance Respondents' motion to sever. Petitioners shall have until **noon** on **Monday, February 9th** to respond.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER:　　February 6, 2026

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE