IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

WALTER JOEL FERNANDEZ-FLORES;
JORGE ENRIQUE GONZALEZ MENDOZA;
CELSO MARTINEZ-MARTINEZ;
VICENTE RAMOS;
QUILMER VEGA RODRIGUEZ;
RAFAEL ANGEL VALERA ROSALES;
EMMANUEL ALEMON-AVALOS;
EDLIANA MCKENZIE-SOTO,

                              Petitioners,

v.                                                        CIVIL ACTION NO. 3:26-0082

CARL ALDRIDGE,
Superintendent, Western Regional Jail;
MICHAEL T. ROSE,
Acting Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
TODD M. LYONS,
Acting Director,
United States Immigration and Customs Enforcement;
KRISTI NOEM,
Secretary of Homeland Security;
PAMELA JO BONDI,
United States Attorney General,
in their official capacities,

                              Respondents.

**ORDER**

      Pending before the Court is a Verified Petition for Writ of Habeas Corpus by Petitioners Walter Joel Fernandez-Flores, Jorge Enrique Gonzalez Mendoza, Celso Martinez-Marinez, Vincente Ramos, Quilmer Vega Rodriguez, Rafael Angel Valera Rosales, Emmanuel Alemon-Avalos, and Edliana McKenzie-Soto. ECF No. 1. Also pending is a Motion to Dismiss filed by Federal Respondents ("the Government") Michael T. Rose, Acting Field Office Director,

Philadelphia Field Office, United States Immigration and Customs Enforcement; Todd M. Lyons, Acting Director of Immigration and Customs Enforcement; Kristi Noem, Secretary of Homeland Security; and Pamela Jo Bondi, United States Attorney General. ECF No. 37. Carl Aldridge, Superintendent of Western Regional Jail, is also a Respondent.[1]

The Court previously scheduled a Show Cause Hearing on the Petition, however, both parties have agreed that a hearing is not necessary given the briefing and similar issue previously presented before this Court.[2] As such, the hearing scheduled for today, February 12, 2026, is cancelled. An Order is forthcoming.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER:　　February 12, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE

---

[1] Mr. Aldridge responds separately that he "should be treated as nothing more than a nominal respondent" and "defers to the Federal Respondents' position." *Resp. by Carl Aldridge.* 2, ECF No. 15.

[2] *See Gov't's Resp.* 3, ECF No. 37 ("Thus, while the government does not consent to issuance of the writ and reserves all rights, including the right to appeal, and to conserve judicial and party resources while expediting the Court's consideration of this case, the government hereby relies upon the legal arguments presented below, together with the exhibits attached to this response, and believes this matter can be decided without a hearing."); *see also Pet'rs' Reply* 2–3, ECF No. 38 ("Given this Court's thorough opinion in the *Simanca Gonzalez* matter, which Petitioners invoke and rely upon herein, Petitioners need not present further argument regarding the jurisdictional, statutory, constitutional, and remedy questions this Court has already answered.").